and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0373/AF. U.S. v. Jose S. Monserrate. CCA S31649. On further consideration of the granted issue, 71 M.J. 324 (C.A.A.F. 2012) (order granting review, May 22, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Air Force Court of Criminal Appeals as to Specification 2 of Charge II, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Air Force for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0377/AR. U.S. v. Randy A. Giddens. CCA 20090598. On further consideration of the granted issue, 71 M.J. 317 (C.A.A.F. 2012) (order granting review, May 8, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge VI and its specification, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0385/AR. U.S. v. Robert T. Toussant. CCA 20090839. On further consideration of the granted issue, 71 M.J. 319 (C.A.A.F. 2012) (order granting review, May 14, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Army Court of Criminal Appeals as to Charge III, Specification 4, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0428/MC. U.S. v. Stephen J. McQuire. CCA 201000611. On further consideration of the granted issue, 71 M.J. 332 (C.A.A.F. 2012) (order granting